IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRANDON SMITH**                                                                                      **PLAINTIFF**

v.                                            Case No. 3:23-cv-00199 KGB

**SMS GROUP, INC.,** *et al.*                                                                **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion for extension of scheduling order deadlines and continuance of jury trial (Dkt. No. 15).  The Court entered a final scheduling order setting this case for trial the week of November 25, 2024 (Dkt. No. 10, at 1).  In their joint motion, the parties request that the Court extend the trial date to the "middle to latter part of summer 2025 and that all deadline dates be adjusted accordingly" (Dkt. No. 15, ¶ 7).  For good cause shown, the Court grants the parties' joint motion to extend the scheduling order deadlines (*Id.*).

In the light of this ruling, the Court removes this case from the November 25, 2024, trial calendar and suspends all unexpired pretrial deadlines.  The Court will set a new trial date and enter a new scheduling order by separate Order.

It is so ordered this 15th day of October, 2024.

                                                                                      Kristine G. Baker
                                                                                      Chief United States District Judge