IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRANDON SMITH**                                                                                          **PLAINTIFF**

v.                                        Case No. 3:23-cv-00199-KGB

**SMS GROUP, INC.,** *et al.*                                                                         **DEFENDANTS**

## ORDER

Before the Court is plaintiff Brandon Smith's motion for order compelling discovery responses (Dkt. No. 19). Mr. Smith represents that, on or about September 19, 2024, Mr. Smith's counsel forwarded to defense counsel Mr. Smith's first set of interrogatories and requests for production of documents propounded to separate defendants SMS Group GmbH and SMS Siemag AG, Germany (Dkt. Nos. 19, ¶ 1; 19-1, at 1). Mr. Smith represents that, despite many communications and telephone calls from Mr. Smith's counsel to separate defendants' counsel, separate defendants have failed and/or refused to respond to Mr. Smith's discovery (Dkt. No. 19, ¶ 2). Mr. Smith further represents that, as of the filing of his motion, discovery deadlines were rapidly approaching and that Mr. Smith's counsel does not feel he can adequately prepare his case without the requested information from separate defendants (*Id.*, ¶ 3). Mr. Smith has attached a copy of the propounded discovery to his motion (Dkt. No. 19-1). Separate defendants SMS Group GmbH and SMS Siemag AG, Germany have not responded to the motion, and the time to do so has passed.

For these reasons, the Court grants the motion (Dkt. No. 19). The Court orders separate defendants SMS Group GmbH and SMS Siemag AG, Germany to produce their responses to Mr. Smith's first set of interrogatories and requests for production of documents, as set out in the document attached to Mr. Smith's motion (Dkt. No. 19-1), within 10 days of the date of this Order.

The Court acknowledges that the discovery deadline of March 26, 2025, has passed since the filing of the motion (*see* Dkt. No. 17, at 1).  After Mr. Smith's receipt of separate defendants SMS Group GmbH and SMS Siemag AG, Germany's responses to Mr. Smith's first set of interrogatories and requests for production of documents, any party may file a motion seeking an extension of the discovery deadline, if necessary.

It is so ordered this 16th day of April, 2025.

_____
Kristine G. Baker
Chief United States District Judge