IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRANDON SMITH**                                                                **PLAINTIFF**

v.                              Case No. 3:23-cv-00199-KGB

**SMS GROUP, INC.,** *et al.*                                                **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 32). The parties seek dismissal of the matters asserted within the complaint of the plaintiff Brandon Smith, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (*Id.*). For good cause shown, the Court grants the motion (*Id.*). This case is dismissed with prejudice. As set out in the motion, each party will bear its own costs.

It is so ordered this 2nd day of July, 2025.

_____
Kristine G. Baker
Chief United States District Judge